CAMBRIDGEPORT SAVINGS BANK *vs.* JOSEPH M. BINNS
& őthers.

Middlesex.    March 14, 1977. — March 24, 1977.

Present: HALE, C.J., GOODMAN, & GRANT, JJ.

*Practice, Civil,* Appeal.

Oral argument of an appeal did not preclude this court from sum-
marily affirming a judgment under Rule 1:28 of the Appeals Court.
[205-206]

CIVIL ACTION commenced in the Superior Court on Oc-
tober 8, 1975.

The case was heard by *John Paul Sullivan,* J., on a
master's report.

*Joseph M. Binns,* pro se.

*John E. Heraty* for Harold Gray.

GRANT, J.    When we (1) ignore (a) the documents
reproduced in the appendix which do not constitute parts
of the record (see *Jones* v. *Wayland,* 4 Mass. App. Ct.
725, 728-729 [1976]) and (b) the statements of fact in the
appellant's brief which are not supported by anything
found in the record (*Currens* v. *Assessors of Boston,* 370
Mass. 249, 254 [1976]) and (2) concentrate on the mas-
ter's report (which was not reproduced in the appendix;
see *Haddad* v. *Board of Appeals of Medford,* 4 Mass. App.
Ct. 843 [1976]) we discover that no substantial question of
law is presented by the appeal. If the true character of
the appeal had been discovered prior to the time the case
was noticed for argument, the judgment would have been
summarily affirmed under Rule 1:28 of the Appeals Court,
3 Mass. App. Ct. 806 (1975).

Counsel are advised that we are not precluded from
acting under that rule merely because we entertain oral

argument. See *Sabatinelli* v. *Travelers Ins. Co.* 369 Mass. 674, 678, n.4 (1976).

*Judgment affirmed.*